26032. UNITED BONDING INSURANCE COMPANY v. NOBLES INSULATION COMPANY.

ALMAND, Chief Justice. The ruling in *United Bonding Ins. Co. v. Bray Lumber Co.*, 226 Ga. 765, controls and is decisive of the issue raised in this appeal.

Judgment affirmed. All the Justices concur.

ARGUED SEPTEMBER 15, 1970—DECIDED OCTOBER 8, 1970.

*Bennett, Pedrick & Bennett, Wilson G. Pedrick*, for appellant.
*James G. Mahorner, Hugh L. Smith*, for appellee.